**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

THOMAS STALNAKER, Individually and for Others Similarly Situated

v.

FERROGLOBE USA, INC.

Case No. 2:26-cv-00453-EAS-CMV

**ORDER**

Having considered the Parties' Joint Stipulation to Stay, Toll, and Mediate (ECF No. 16), and for good cause, the Stipulation, which the Court construes as a motion, is hereby **GRANTED**. It is hereby Ordered that this matter and all deadlines are **STAYED** for a period of 120 days. The Parties are hereby ordered to engage in good faith settlement negotiations and informal discovery, as represented in their Joint Motion, and appear before an agreed upon mediator for a mediation within 120 days or as soon as the mediator's schedule permits. The statute of limitations for the Hourly Employees (as defined in Doc. 1) is tolled from June 26, 2026, until the expiration of the 120-day stay or either Party provides notice (via email or letter) to the other, whichever is earlier.

If the Parties are unable to resolve this matter within the 120-day stay, they will notify the Court of this fact within 14 days after the expiration of the 120-day stay, and will provide the Court with a status report and/or a proposed Discovery Plan and Scheduling Order.

The Parties' Joint Stipulation to Stay, Toll, and Mediate (ECF No. 16), which the Count construes as a motion, is **GRANTED**.

**IT IS SO ORDERED**.

8/11/2026
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**